## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

DAVID ALVIN MICHALAK                     **Case No. 12-12309-JDL**
CHRISTINA ANN MICHALAK                   **Chapter 13**

      Debtors.

### NOTICE OF TURNOVER OF UNCLAIMED FUNDS

John Hardeman, Chapter 13 Trustee, reports that disbursement checks have been issued and mailed to creditors at their last known addresses.  The following checks have not been presented within the prescribed 90 day time limit.  Accompanying this notice is a check payable to the Clerk of the Court in a corresponding amount, in accordance with 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 11/01/2015 | 1076270 | BARBARA A MILLER | PO BOX 547 PONCA CITY, OK 74602 | $2200.00 |

COMPLETED-PENDING FRA

DATED: 03/10/2016

Respectfully Submitted,


/s/ John Hardeman
_____

John Hardeman, Trustee
321 Dean A. McGee Avenue
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
Tel:  (405) 236-4843
Fax: (405) 236-1004          lb